UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Cortez Blake,

    Defendant.

NO. 22-CR-20519

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, Cortez Blake, and states:

Defendant is charged in this case with 18 U.S.C. § 1201(a)(1) and (c), Kidnapping Conspiracy and 18 U.S.C. §§ 1201(a)(1), 2, Kidnapping, Aiding and Abetting. Defendant is currently incarcerated at the Bellamy Creek Correctional Facility in Ionia, Michigan in connection with a different case, and is in the custody of the Michigan Department of Corrections.

Defendant's Initial Appearance has been scheduled for Monday, December 12, 2022 before the United States Magistrate Judge on Duty, in Room 114 of the

Theodore Levin U.S. Courthouse.  A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce Cortez Blake before the judicial officer and at the place and time stated above.

    Respectfully submitted,

    DAWN N. ISON
    United States Attorney

    *David Cowen*
    David Cowen
    Assistant United States Attorney
    211 W. Fort Street, Suite 2001
    Detroit, MI  48226
    David.cowen@usdoj.gov
    (313) 226-9575

Date:  November 9, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

NO. 22-CR-20519

v.

Cortez Blake,

   Defendant.

# ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

                                                        Hon. Kimberly G. Altman
                                                        United States Magistrate Judge

Date:   November 9, 2022

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

                              NO. 22-CR-20519

v.

Cortez Blake,

   Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO:   The Michigan Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant Cortez Blake before the United States Magistrate Judge on Duty, in room 114 of the Theodore Levin U.S. Courthouse on Monday, December 12, 2022, at 1:00 p.m. for his Initial Appearance; and you are also directed to return Cortez Blake to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                                KINIKIA D. ESSIX
                                                Clerk

                                                s/S. Osorio
                                 By:  _____
                                                Deputy Clerk

                                                (Seal)