UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

D-1 CORTEZ BLAKE,
D-2 KARAMOH TURNER, and
D-7 NASIR LEWIS

Defendants.

Case No. 22-20519
Honorable Laurie J. Michelson

**ORDER ON MOTIONS IN LIMINE [256, 257, 267]**

Prior to their trial on charges of kidnapping and conspiracy to kidnap in violation of 18 U.S.C. § 1201(a), Defendants Karamoh Turner and Nasir Lewis moved to exclude several pieces of evidence under Federal Rules of Evidence 404, 701, and 801. (ECF Nos. 256, 257, 267.)

For the reasons stated more fully on the record in the Court's oral rulings on August 1, 2024, Turner's motion in limine to exclude lay witness testimony (ECF No. 257) is DENIED WITHOUT PREJUDICE; Lewis's motion to exclude certain hearsay statements offered by the government (ECF No. 267) is DENIED; and Turner's motion to exclude certain evidence under FRE 404(b) (ECF No. 256) is GRANTED IN PART and DENIED IN PART as follows:

- First, during the August 1, 2024, hearing on the motions in limine, Turner withdrew the portion of his motion that sought to exclude any reference to the "1125" gang. Accordingly, that portion of the motion is MOOT.

- Second, the Government has represented that it does not intend to introduce any evidence about the shooting of Semaj Ayers or Carlos Reed in the dark Jeep or the Fenmore street shooting. So those aspects of Turner's motion are GRANTED; and
- Evidence that Semaj Ayers possessed a black Jeep two days after the alleged kidnapping will be admitted.

IT IS SO ORDERED.

Dated: August 2, 2024

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE