UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                             Case No. 22-CR-20519

v.

                                             Hon. Laurie J. Michelson

D-1 CORTEZ BLAKE,

       Defendants.

_____/

## NOTICE OF FILING EXHIBITS

Notice is hereby given that Government Exhibits 36, 44, and 76c, which were admitted into evidence at trial and are hereby included in the certified record for purposes of appeal. Copies of these exhibits are attached.

Respectfully submitted,

JEROME F. GORGON JR.
United States Attorney

*s/Sarah Alsaden*
Sarah Alsaden
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Sarah.Alsaden@usdoj.gov
(313) 226-914

Dated:  August 19, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

                                Case No. 22-CR-20519

v.

                                Hon. Laurie J. Michelson

D-1 CORTEZ BLAKE,

        Defendants.

_____/

## LIST OF TRIAL EXHIBITS

| Exhibit Number | Description |
|---|---|
| 36 | TJ's phone messages with mother |
| 44 | Kidnapping Videos – Extraction Report |
| 76c | Formatted Instagram Group Chat |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 19, 2025, I electronically filed the foregoing

document with the Clerk of the Court using the ECF system which will send

notification of such filing to all counsel of record.

<u>*s/Sarah Alsaden*</u>
Sarah Alsaden
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Sarah.Alsaden@usdoj.gov
(313) 226-9146

**+1 (419) 503-0619**

Mama !!!

11/14/2021 5:59:31 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**

They just robbed us I'm on the way to u

11/14/2021 6:00:49 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**

They just shot tez

11/14/2021 6:03:05 PM(UTC-5)

Sources (1)

**Mommy♥**

Omg call me now!! I left my phone at home!!!

11/14/2021 6:34:03 PM(UTC-5)

Sources (1)

**Mommy♥**

Taliyah!!!

11/14/2021 6:34:46 PM(UTC-5)

Sources (1)

**Mommy♥**

I'm ducking worried

11/14/2021 6:41:36 PM(UTC-5)

GOVERNMENT EXHIBIT 36

**Mommy** 🤍

I'm ducking worried

11/14/2021 6:41:36 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Fucking

11/14/2021 6:41:58 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Are u ok

11/14/2021 7:16:16 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Smmfh

11/14/2021 7:18:05 PM(UTC-5)

Sources (1)

**Mommy** 🤍

You are stupid

11/14/2021 7:44:16 PM(UTC-5)

Sources (1)

**Mommy** 🤍

You are stupid

11/14/2021 8:17:37 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

I'm good just got jumped

11/14/2021 11:09:15 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

**Held hostage**

11/14/2021 11:09:17 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

**Finna die prolly**

11/14/2021 11:09:23 PM(UTC-5)

Sources (1)

Mommy💙

**What?!**

11/14/2021 11:09:41 PM(UTC-5)

Sources (1)

Mommy💙

**Please call me**

11/14/2021 11:10:05 PM(UTC-5)

Sources (1)

Mommy💙

**Please call me I can come get u**

11/14/2021 11:11:38 PM(UTC-5)

Sources (1)

Please call me I can come get u

🖾 11/14/2021 11:11:38 PM(UTC-5)

Sources (1)

**Mommy** 💙

Please!!! Taliyah I'm so lost!!

🖾 11/14/2021 11:12:20 PM(UTC-5)

Sources (1)

**Mommy** 💙

Talk to me

🖾 11/14/2021 11:12:46 PM(UTC-5)

Sources (1)

**Mommy** 💙

I love you!!! Please I'm begging you!!

🖾 11/14/2021 11:14:22 PM(UTC-5)

Sources (1)

**Mommy** 💙

Are u ok

🖾 11/14/2021 11:19:41 PM(UTC-5)

Sources (1)

**Mommy** 💙

Just say ok

🖾 11/14/2021 11:21:02 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Just say ok

11/14/2021 11:21:02 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Why are u doing this to me!!!

11/14/2021 11:21:54 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Just let me something

11/14/2021 11:24:19 PM(UTC-5)

Sources (1)

**Mommy** 🤍

Hello

11/14/2021 11:35:44 PM(UTC-5)

Sources (1)

**Mommy** 🤍

You need to talk to me

11/14/2021 11:37:45 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

Can't talk

11/14/2021 11:39:39 PM(UTC-5)

Send me a addy close to you hurry

11/14/2021 11:39:58 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

Not ours

11/14/2021 11:40:00 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

Hurry

11/14/2021 11:40:02 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

I'm finna die

11/14/2021 11:40:04 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

I can't talk

11/14/2021 11:40:07 PM(UTC-5)

Sources (1)

Mommy♥

I'm home wya

11/14/2021 11:40:32 PM(UTC-5)

Sources (1)

**Mommy♡**
I'm home wya
11/14/2021 11:40:32 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**
Send me a addy close to u
11/14/2021 11:40:42 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**
Hurry
11/14/2021 11:40:55 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**
Look up a house on the next block
11/14/2021 11:41:00 PM(UTC-5)

Sources (1)

**Mommy♡**
K
11/14/2021 11:41:07 PM(UTC-5)

Sources (1)

**+1 (419) 503-0619**
Hurry
11/14/2021 11:41:31 PM(UTC-5)

Sources (1)

**Hurry**

🏘 11/14/2021 11:41:31 PM(UTC-5)

Sources (1)

+1 (419) 503-0619

**Like I'm finna die**

🏘 11/14/2021 11:41:40 PM(UTC-5)

Sources (1)

Mommy🤍

**I'm trying**

🏘 11/14/2021 11:41:49 PM(UTC-5)

Sources (1)

Mommy🤍

**5679 anthon**

🏘 11/14/2021 11:43:26 PM(UTC-5)

Sources (1)

Mommy🤍

**5679 anthon st**

🏘 11/14/2021 11:43:40 PM(UTC-5)

Sources (1)

Mommy🤍

**Wya**

🏘 11/14/2021 11:47:43 PM(UTC-5)

Sources (1)

**Mommy** 🤍
Wya

🖼 11/14/2021 11:47:43 PM(UTC-5)

Sources (1)

**Mommy** 🤍
Hello

🖼 11/14/2021 11:48:37 PM(UTC-5)

Sources (1)

**Mommy** 🤍
Taliyah

🖼 11/14/2021 11:50:15 PM(UTC-5)

Sources (1)

**Mommy** 🤍
Hello

🖼 11/15/2021 1:08:46 AM(UTC-5)

Sources (1)

**Mommy** 🤍
Taliyah

🖼 11/15/2021 1:08:47 AM(UTC-5)

Sources (1)

**Mommy** 🤍
Omg

🖼 11/15/2021 1:08:47 AM(UTC-5)

Omg

11/15/2021 1:08:47 AM(UTC-5)

Sources (1)

**Mommy♥**

Are u ok

11/15/2021 1:08:48 AM(UTC-5)

Sources (1)

**Mommy♥**

Im not gone stop texting u

11/15/2021 1:08:51 AM(UTC-5)

Sources (1)

**Mommy♥**

Hello

11/15/2021 1:08:51 AM(UTC-5)

Sources (1)

**Mommy♥**

Little baby...

11/15/2021 1:08:52 AM(UTC-5)

Sources (1)

**Mommy♥**

Taliyah

11/15/2021 1:08:52 AM(UTC-5)

Sources (1)

**Mommy** 🤍
Taliyah
👥 11/15/2021 1:08:52 AM(UTC-5)

Sources (1)

+1 (419) 503-0619

CL.loc.vcf
text/x-vlocation
~/Library/SMS/Attach...

👥 11/15/2021 1:10:29 AM(UTC-5)

Sources (2)

+1 (419) 503-0619

Hurryyyyyyyy for they come back
👥 11/15/2021 1:13:34 AM(UTC-5)

Sources (1)

+1 (419) 503-0619

I love you mama
👥 11/16/2021 1:41:45 AM(UTC-5)

Sources (1)

+1 (419) 503-0619

IMG_8509.PNG
image/png
~/Library/SMS/Attach...

👥 11/16/2021 1:50:26 AM(UTC-5)

Sources (2)

Tags (2)

| # | Type | Name | Tag description | Event | Tags | Created | Modified | Back |
|---|------|------|-----------------|-------|------|---------|----------|------|
| 1 | Videos | | Kidnapping video 1 | IMG_0894.MOV | Evidence | 7/1/2024 3:36:58 PM | 7/1/2024 3:36:58 PM | ▲ |

| File Info | | Additional file info | | Thumbnail | Deleted |
|-----------|---|----------------------|---|-----------|---------|

| | | | |  | |
|---|---|---|---|---|---|
| **Name:** | [IMG_0894.MOV](#) | Size (bytes): | 38742517 | | |
| **Path:** | Iphone 14 pro max /mobile/Library/SMS/Attachments/0d/ 13/FDD26FCF-F77C-4328-A42D- 1A6851E2A39C/IMG_0894.MOV | Created: | 11/14/2021 10:17:38 PM(UTC-5) | | |
| | | Modified: | 11/14/2021 10:17:38 PM(UTC-5) | | |
| | | Accessed: | 11/14/2021 10:17:38 PM(UTC-5) | | |
| **MD5:** | ddf88c677a1c803e84820730c10d766 0 | Attachments: | 1 | | |
| | | Source Extraction | Advanced Logical | | |
| | | Attachment source: | Native Messages (1) | | |
| | | Classifications: | Faces (94%) | | |
| | | | Upskirt (92%) | | |
| | | | Hotel rooms (92%) | | |
| | | | Fire and Explosion (75%) | | |
| | | | Beach (72%) | | |
| | | | Weapons (68%) | | |
| | | | Hand hold object (56%) | | |
| | | | Money (55%) | | |
| | | Source file | Iphone 14 pro max /mobile/Library/SMS/Attachments/0d/ 13/FDD26FCF-F77C-4328-A42D- 1A6851E2A39C/IMG_0894.MOV : 0x0 (Size: 38742517 bytes) | | |
| | | Meta Data: | | | |
| | | Camera Make: | Apple | | |
| | | Device: | iPhone 11 | | |
| | | Software Used to Create: | 14.4.2 | | |
| | | Creation Date: | 2021-11-15T03:17:38.000+00:00 | | |

| # | Type | Name | | | | | | |
|---|------|------|---|---|---|---|---|---|
| 2 | Videos | | Kidnapping video 2 | IMG_0895.MOV | Evidence | 7/1/2024 3:37:38 PM | 7/1/2024 3:37:38 PM | ▲ |

| File Info | | Additional file info | | Thumbnail | Deleted |
|-----------|---|----------------------|---|-----------|---------|

| | | | |  | |
|---|---|---|---|---|---|
| **Name:** | [IMG_0895.MOV](#) | Size (bytes): | 20418816 | | |
| **Path:** | Iphone 14 pro max /mobile/Library/SMS/Attachments/c8/0 8/600F878E-EFE7-4018-B0FD- A7CBE30A9BB5/IMG_0895.MOV | Created: | 11/14/2021 10:18:06 PM(UTC-5) | | |
| | | Modified: | 11/14/2021 10:18:06 PM(UTC-5) | | |
| | | Accessed: | 11/14/2021 10:18:06 PM(UTC-5) | | |
| **MD5:** | 78da184cf1a76e8e160f539888cfc500 | Attachments: | 2 | | |
| | | Source Extraction | Advanced Logical | | |
| | | Attachment source: | Native Messages (2) | | |
| | | Classifications: | Nudity (96%) | | |
| | | | Hand hold object (80%) | | |
| | | | Upskirt (76%) | | |
| | | | Faces (72%) | | |
| | | | Fire and Explosion (62%) | | |
| | | | Hotel rooms (60%) | | |
| | | Source file | Iphone 14 pro max /mobile/Library/SMS/Attachments/c8/0 8/600F878E-EFE7-4018-B0FD- A7CBE30A9BB5/IMG_0895.MOV : 0x0 (Size: 20418816 bytes) | | |
| | | Meta Data: | | | |
| | | Camera Make: | Apple | | |
| | | Device: | iPhone 11 | | |
| | | Software Used to Create: | 14.4.2 | | |
| | | Creation Date: | 2021-11-15T03:18:06.000+00:00 | | |

GOVERNMENT EXHIBIT

44

| #: | Text Content | Statement Details: (Source: Instagram Warrant Return) |
|---|---|---|
| 1. | Longlivedaguyz❤️❤️🩹 sent an attachment. **Url** https://www.instagram.com/_u/murdamar8 | **Author: D-2 Karamoh Turner** mar1_4l (Instagram: 6638193195) **Sent:** 2021-11-14 22:23:29 UTC (5:23pm / 17:23 EST) |
| 2. | "On they ass" | **Author: D-2 Karamoh Turner** mar1_4l (Instagram: 6638193195) **Sent:** 2021-11-14 22:24:01 UTC (5:24pm / 17:24 EST) |
| 3. | "?" | **Author: Uncharged Co-Conspirator** 0tw_dree (Instagram: 35819661007) **Sent:** 2021-11-14 22:24:02 UTC (5:24pm / 17:24 EST) |
| 4. | "ASAP" | **Author: D-2 Karamoh Turner** mar1_4l (Instagram: 6638193195) **Sent:** 2021-11-14 22:24:07 UTC (5:24pm / 17:24 EST) |
| 5. | "Pullin up" | **Author: Uncharged Co-Conspirator** 43.dj (Instagram: 1522583216) **Sent:** 2021-11-14 22:24:11 UTC (5:24pm / 17:24 EST) |
| 6. | "What car" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979) |

1

GOVERNMENT EXHIBIT

76c

| | | |
|---|---|---|
| | | **Sent:** 2021-11-14 22:40:26 UTC (5:40pm / 17:40 EST) |
| 7. | "??" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979)<br><br>**Sent:** 2021-11-14 22:40:34 UTC (5:40pm / 17:40 EST) |
| 8. | "2019 blue Malibu paper plate in window" | **Author: Uncharged Co-Conspirator** triggamannn_ (Instagram: 378973112)<br><br>**Sent** 2021-11-14 22:41:02 UTC (5:41pm / 17:41 EST) |
| 9. | "Mann we killing all tonight idgaf I'm tired this shit bro we gotta kill something fr" | **Author: Uncharged Co-Conspirator** 1125_ripmar (Instagram: 4235516920)<br><br>**Sent:** 2021-11-14 22:41:31 UTC (5:41pm / 17:41 EST) |
| 10. | "Mari I'm about to get in the car with you" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979)<br><br>**Sent:** 2021-11-14 22:41:48 UTC (5:41pm / 17:41 EST) |
| 11. | "Okay" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979)<br><br>**Sent:** 2021-11-14 22:41:59 UTC (5:41pm / 17:41 EST) |
| 12. | **Body:** 💜 🦶 sent an attachment. **Url** "https://www.instagram.com/_u/miyajania" | **Author: Uncharged Co-Conspirator** 43.dj (Instagram: 1522583216)<br><br>**Sent:** 2021-11-14 22:42:17 UTC (5:42pm / 17:42 EST) |

2

| 13. | "This the bitch that set that play girly said" | **Author: Uncharged Co-Conspirator** 43.dj (Instagram: 1522583216) <br><br> **Sent:** 2021-11-14 22:42:18 UTC (5:42pm / 17:42 EST) |
|---|---|---|
| 14. | "Every car every gun we got bring em out now it's time suit up I'm not gone keep saying this ✅" | **Author: Uncharged Co-Conspirator** 1125_ripmar (Instagram: 4235516920) <br><br> **Sent:** 2021-11-14 22:42:37 UTC (5:42pm / 17:42 EST) |
| 15. | "15 mins away" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) <br><br> **Sent:** 2021-11-14 23:02:25 UTC (6:02pm / 18:22 EST) |
| 16. | "Who is girly" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979) <br><br> **Sent:**2021-11-14 23:26:50 UTC (6:26pm / 18:26 EST) |
| 17. | "I'm seeing wassup with Tez we ready" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) <br><br> **Sent:** 2021-11-15 04:16:28 UTC (11:16pm / 23:16 EST on 11/14/21) |
| 18. | "Who got a old lyft account" | **Author: Uncharged Co-Conspirator** riich.rio (Instagram: 3110259003) <br><br> **Sent:** 2021-11-15 04:19:57 UTC (11:19pm / 23:19 EST on 11/14/21) |
| 19. | "We on the move wen the Lyft get here to take tez to my house" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) |

3

| | | |
|---|---|---|
| | | **Sent:** 2021-11-15 04:27:40 UTC (11:27pm / 23:27 EST on 11/14/21) |
| 20. | 0tw_dree sent an attachment. | **Author: Uncharged Co-Conspirator** 0tw_dree (Instagram: 35819661007)<br><br>**Sent:** 2021-11-15 18:28:32 UTC (1:28pm / 13:28 EST) |
| 21. | "Damn why they beating her ass like that" | **Author: Uncharged Co-Conspirator** riich.rio (Instagram: 3110259003)<br><br>**Sent:** 2021-11-15 18:31:03 UTC (1:31pm / 13:31 EST) |
| 22. | "Los And nas all In the camera smh" | **Author: Uncharged Co-Conspirator** 50jackquan (Instagram: 8925630979)<br><br>**Sent:** 2021-11-15 18:31:08 UTC (1:31pm / 13:31 EST) |
| 23. | "Who know her" | **Author: D-6 Armond Williams** r2rproblemchild (Instagram: 16473351901)<br><br>**Sent:** 2021-11-15 18:31:36 UTC (1:31pm / 13:31 EST) |
| 24. | "Nas was you poking her with yo gun" | **Author: Uncharged Co-Conspirator** riich.rio (Instagram: 3110259003)<br><br>**Sent:** 2021-11-15 18:32:07 UTC (1:32pm / 13:32 EST) |
| 25. | "Y'all don't hear jay the Bitch sound like a pit" | **Author: Uncharged Co-Conspirator** 1125_ripmar (Instagram: 4235516920)<br><br>**Sent:** 2021-11-15 18:33:31 UTC (1:33pm / 13:33 EST) |

| 26. | "😭😭😭😭" | **Author: Uncharged Co-Conspirator** 1125_ripmar (Instagram: 4235516920) **Sent:** 2021-11-15 18:33:39 UTC (1:33pm / 13:33 EST) |
|-----|-----------|------------|
| 27. | "Who recorded tht shit?" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) **Sent:** 2021-11-15 18:36:11 UTC (1:36pm / 13:36 EST) |
| 28. | "It was the little girl that was there" | **Author: D-1 Cortez Blake** 1125babytez (Instagram: 285772709) **Sent:** 2021-11-15 18:36:16 UTC (1:36pm / 13:36 EST) |
| 29. | "I just called Maj she having her delete it" | **Author: D-1 Cortez Blake** 1125babytez (Instagram: 285772709) **Sent:** 2021-11-15 18:36:31 UTC (1:36pm / 13:36 EST) |
| 30. | "Man fuck is y'all having them record tht shit bro" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) **Sent:** 2021-11-15 18:36:32 UTC (1:36pm / 13:36 EST) |
| 31. | "That is kipnapping" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) **Sent:** 2021-11-15 18:36:40 UTC (1:36pm / 13:36 EST) |
| 32. | "Y'all stupid ?" | **Author: D-7 Nasir Lewis** naserati23 (Instagram: 47874679181) |

| | | **Sent:** 2021-11-15 18:36:43 UTC (1:36pm / 13:36 EST) |
|---|---|---|
| 33. | "Ima beat tht lil girl ass who recorded" | **Author: D-7 Nasir Lewis**<br>naserati23 (Instagram: 47874679181)<br><br>**Sent:** 2021-11-15 18:36:54 UTC (1:36pm / 13:36 EST) |
| 34. | "She did that shit on her own nigga it's nobody in here fault" | **Author: D-1 Cortez Blake**<br>1125babytez (Instagram: 285772709)<br><br>**Sent:** 2021-11-15 18:36:58 UTC (1:36pm / 13:36 EST) |
| 35. | "They dumb asf got me all in that camera" | **Author: Uncharged Co-Conspirator**<br>0tw_dree (Instagram: 35819661007)<br><br>**Sent:** 2021-11-15 18:37:09 UTC (1:37pm / 13:37 EST) |
| 36. | "Niggas shouldn't have all those extra bodies in the house fr that shit was dumb" | **Author: D-7 Nasir Lewis**<br>naserati23 (Instagram: 47874679181)<br><br>**Sent:** 2021-11-15 18:37:23 UTC (1:37pm / 13:37 EST) |
| 37. | "That's facts" | **Author: D-1 Cortez Blake**<br>1125babytez (Instagram: 285772709)<br><br>**Sent:** 2021-11-15 18:37:40 UTC (1:37pm / 13:37 EST) |
| 38. | "Niggas left they phone on Sum dumb shit" | **Author: Uncharged Co-Conspirator**<br>0tw_dree (Instagram: 35819661007)<br><br>**Sent:** 2021-11-15 18:40:18 UTC (1:40pm / 13:40 EST) |

| 39. | "Where?" | **Author: D-7 Nasir Lewis** <br> naserati23 (Instagram: 47874679181) <br><br> **Sent:** 2021-11-15 18:40:47 UTC (1:40pm / 13:40 EST) |
|---|---|---|
| 40. | "Duty left his phone" | **Author: Uncharged Co-Conspirator** <br> 0tw_dree (Instagram: 35819661007) <br><br> **Sent:** 2021-11-15 18:41:23 UTC (1:41pm / 13:41 EST) |
| 41. | "Where duty leave his phone ?" | **Author: D-7 Nasir Lewis** <br> naserati23 (Instagram: 47874679181) <br><br> **Sent:** 2021-11-15 18:42:26 UTC (1:42pm / 13:42 EST) |
| 42. | **Body:** 0tw_dree sent a photo. <br><br> **Attachments:** (4346684748763534) <br> **Type:** image/jpeg <br> **Size** <br> **URL** <br> https://interncache-prn.fbcdn.net/v/t69.10827-2/ 249447566_603721234084335_2534425275613219894_n.jpg?ccb=15&_nc_sid=73a6a0 &efg=eyJ1cmxnZW4iOiJwa HBfdXJsZ2VuX2NsaWVud C9pbW9nZW46RFlJTWVka WFVdGlscyJ9&_nc_ht=inter ncacheprn&oh=02_ARocsPD X3Pny2jjzSBdUy-8i2MuMAF25xWwq2qC2ow 3mAQ&oe=626A6778 <br> **Product Type:** Direct Story | **Author:** 0tw_dree (Instagram: 35819661007) <br><br> **Sent:** 2021-11-15 18:42:37 UTC (1:42pm / 13:42 EST) |

| | **Photo ID:** 4346684748763534 | |
|---|---|---|
| 43. | "Leave this chat" | **Author: D-2 Karamoh Turner** mar1_4l (Instagram: 6638193195) **Sent:** 2021-11-15 19:53:11 UTC (2:53pm / 14:53 EST) |

D-1 Cortez Blake left the group chat on November 15, 2021, at 19:53:36 UTC (2:53pm / 14:53 EST).

D-2 Karamoh Turner left the group chat on November 15, 2021, at 19:53:37 UTC (2:53pm / 14:53 EST).

D-7 Nasir Lewis left the group chat on November 15, 2021, at 19:58:03 UTC (2:58pm / 14:58 EST).

All other members left the group chat as well, the final signoff being at 2021-11-16 13:28:11 UTC (8:28am / 08:28 EST)