UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CORTEZ BLAKE,

    Defendant.

Case No. 22-20519
Honorable Laurie J. Michelson

## ORDER APPOINTING FEDERAL COMMUNITY DEFENDER OFFICE TO REPRESENT DEFENDANT AT RESENTENCING

Cortez Blake was convicted by a jury of aiding and abetting kidnapping. (ECF No. 312.) He was sentenced to 198 months in prison and a five-year term of supervised release with several special conditions, including a few that pertained to future gang affiliation. (ECF No. 393.) His conviction was affirmed on appeal. *United States v. Blake*, 166 F.4th 611, 627 (6th Cir. 2026). But the Sixth Circuit "remand[ed] Blake's sentence . . . for further actions consistent with [its] opinion as to the second and third challenged special conditions of supervised release." *Id.* More specifically, the Sixth Circuit found that this Court's written judgment imposed the following two conditions of supervised release that had been recommended in the presentence report but had not been orally pronounced at sentencing: (1) "prohibiting Blake from 'possess[ing], wear[ing] or display[ing] any article of clothing to which any insignia or name (including, for example, either a designer's name or symbol), which is easily discernible from a distance or more than 10 feet,'" and (2) "prohibiting him from

acquiring 'tattoos, body markings or piercings of any kind.'" *Id.* at 625. Thus, the matter was remanded for the Court "to resolve the discrepancy between the orally pronounced sentence and the written judgment and, if necessary, to address Blake's constitutional challenges to the latter two conditions with the benefit of argument from the parties." *Id.* at 627.

As the appointment of Blake's appellate counsel has ended, the Court hereby appoints the Federal Community Defender Office to represent Blake in connection with the resentencing on this narrow issue involving two supervised release conditions.

SO ORDERED.

Dated: April 7, 2026

s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

2